FILED

MAY 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MJ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HUBER SANCHEZ-AYALA,<br>Defendant. | ) | Criminal Case No. 08CR1528-DMS<br><u>INFORMATION</u><br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony);<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about August 15, 2001, within the Southern District of California, defendant HUBER SANCHEZ-AYALA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WDK:mg:San Diego
4/21/08

Count 2

On or about July or August 2003, within the Southern District of California, defendant HUBER SANCHEZ-AYALA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about July 30, 2007, within the Southern District of California, defendant HUBER SANCHEZ-AYALA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 13, 2008.

KAREN P. HEWITT
United States Attorney

for Sara Stingley
DOUGLAS KEEHN
Assistant U.S. Attorney